UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:22-cv-02550-SSS-RAOx | Date | April 22, 2024 |
|---|---|---|---|
| Title | *Disco Lemonade, Inc. v. Disco Lemonade Designs Ltd., et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE TRIAL FILINGS**

On January 3, 2024, the Court issued its Order granting the parties' "Third Stipulation to Extend Schedule of Pretrial and Trial Dates" requiring the parties to submit two rounds of trial filings. [Dkt. 47]. The first round of trial filings were due March 29, 2024, and the second on April 12, 2024. [*Id.*]. As of this date, the parties have failed to file *any* trial filings.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this Court should not dismiss this case for lack of prosecution. *See* Fed. R. Civ. P. 41(b). Additionally, both parties are **ORDERED TO SHOW CAUSE** why this Court should not impose sanctions in the amount of $500 for their failure to comply with this Court's Order and otherwise communicate with the Court. The parties must file a written response to this order in writing by no later than noon on **April 26, 2024**. The order to show cause may be discharged if the parties file both rounds of trial filings by the previously mentioned date and sufficiently explain their failure to comply with the Court's Order. The Court further **SETS** an **OSC** hearing on Friday, May 3, 2024, at 1:00 p.m.

**IT IS SO ORDERED.**